# Court of Appeals
# of the State of Georgia

ATLANTA,__June 12, 2025_____

*The Court of Appeals hereby passes the following order:*

## A25D0423. MARVIN DEE GOODMAN v. THE STATE.

On January 17, 2025, the trial court entered an order denying Marvin Dee Goodman's pro se motion to receive credit for time served. On May 22, 2025, Goodman filed this application for discretionary appeal. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Goodman filed his application 125 days after entry of the trial court's order, it is untimely. We thus lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__06/12/2025_____*
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*